SEALED

FILED
2023 APR 13 AM 10:00
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.

MARC ARTHUR ELIASSAINT

CASE NO. 6:23-cr-68-CEM-DCI
26 U.S.C. §7206(1)
26 U.S.C. § 7206(2)

## INDICTMENT

The Grand Jury charges:

### GENERAL ALLEGATIONS

At times relevant to this Indictment:

### Introduction

1. Defendant MARC ARTHUR ELIASSAINT resided in Orlando, Florida.

2. Defendant operated a tax preparation business called 360 Tax Services, LLC.

3. The Internal Revenue Service ("IRS") was an agency of the United States Department of Treasury, a department of the United States of America, which was responsible for enforcing and administering the tax laws of the United States.

## COUNT ONE
### (Filing False Tax Return)

On or about January 26, 2017, in the Middle District of Florida and elsewhere, the defendant,

### MARC ARTHUR ELIASSAINT,

did willfully make and subscribe and file and caused to be filed with the IRS, a false U.S. Individual Income Tax Return, Form 1040 for the 2016 tax year, which was verified by a written declaration that it was made under penalties of perjury and which the defendant did not believe to be true and correct as to every material matter, in that the Form 1040 claimed a Fuel Tax Credit in the amount of $229, claimed Schedule A Itemized Deductions in the amount of $8,602, and claimed a Schedule C Loss from Business in the amount of $12,985, which the defendant then and there well knew were amounts to which he was not entitled.

In violation of 26 U.S.C. § 7206(1).

## COUNT TWO
### (Filing False Tax Return)

On or about January 29, 2018, in the Middle District of Florida and elsewhere, the defendant,

### MARC ARTHUR ELIASSAINT,

did willfully make and subscribe and file and caused to be filed with the IRS, a

false U.S. Individual Income Tax Return, Form 1040 for the 2017 tax year, which was verified by a written declaration that it was made under penalties of perjury and which the defendant did not believe to be true and correct as to every material matter, in that the Form 1040 claimed a Fuel Tax Credit in the amount of $137 and claimed a Schedule C Loss from Business in the amount of $14,545, which the defendant then and there well knew were amounts to which he was not entitled.

In violation of 26 U.S.C. § 7206(1).

## COUNT THREE
### (Filing False Tax Return)

On or about January 28, 2019, in the Middle District of Florida and elsewhere, the defendant,

**MARC ARTHUR ELIASSAINT,**

did willfully make and subscribe and file and caused to be filed with the IRS, a false U.S. Individual Income Tax Return, Form 1040 for the 2018 tax year, which was verified by a written declaration that it was made under penalties of perjury and which the defendant did not believe to be true and correct as to every material matter, in that the Form 1040 claimed a Fuel Tax Credit in the amount of $448 and claimed a Schedule C Loss from Business in the amount of $20,600, which the defendant then and there well knew were amounts to which he was not entitled.

3

In violation of 26 U.S.C. § 7206(1).

## COUNT FOUR
### (Filing False Tax Return)

On or about February 2, 2020, in the Middle District of Florida and elsewhere, the defendant,

**MARC ARTHUR ELIASSAINT,**

did willfully make and subscribe and file and caused to be filed with the IRS, a false U.S. Individual Income Tax Return, Form 1040 for the 2019 tax year, which was verified by a written declaration that it was made under penalties of perjury and which the defendant did not believe to be true and correct as to every material matter, in that the Form 1040 claimed a Fuel Tax Credit in the amount of $485 and claimed a Schedule C Loss from Business in the amount of $24,850, which the defendant then and there well knew were amounts to which he was not entitled.

In violation of 26 U.S.C. § 7206(1).

## COUNTS FIVE THROUGH THIRTEEN
### (Aiding and Assisting False Tax Returns)

On or about the dates set forth below, in the Middle District of Florida and elsewhere, the defendant,

**MARC ARTHUR ELIASSAINT,**

did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of individual U.S. Income Tax Returns, Forms 1040, 1040 Schedule C, and 1040 Schedule A, filed individually, on behalf of the following taxpayers, which the defendant knew were false and fraudulent as to material matters, including, but not limited to, those false items described below:

| Count | Taxpayer | Tax Form | Tax Year | Date Filed | False Item(s) |
|---|---|---|---|---|---|
| FIVE | K.S. | 1040 | 2016 | 2/16/2017 | Unreimbursed employee expenses of $9,720 on Schedule A; Profit of $6,311 from Schedule C business; Fuel Tax Credit of $373 on Form 4136 |
| SIX | M.A. | 1040 | 2017 | 3/1/2018 | Unreimbursed employee expenses of $14,980 on Schedule A; Profit of $14,003 from Schedule C business; Fuel Tax Credit of $485 on Form 4136 |
| SEVEN | K.B. | 1040 | 2017 | 1/29/2018 | Unreimbursed employee expenses of $8,560 on Schedule A; |

| Count | Taxpayer | Tax Form | Tax Year | Date Filed | False Item(s) |
|---|---|---|---|---|---|
| | | | | | Loss of $15,385 from Schedule C business; Fuel Tax Credit of $284 on Form 4136 |
| EIGHT | S.D.H. | 1040 | 2017 | 4/15/2018 | Loss of $10,250 from Schedule C business; Fuel Tax Credit of $355 on Form 4136 |
| NINE | J.P. | 1040 | 2019 | 4/15/2020 | Fuel Tax Credit of $348 on Form 4136 |
| TEN | D.V. | 1040 | 2019 | 2/12/2020 | Loss of $3,000 from Schedule C business; Fuel Tax Credit of $430 on Form 4136 |
| ELEVEN | J.J. | 1040 | 2020 | 3/5/2021 | Home mortgage interest of $227,500 on Schedule A; Loss of $12,400 from Schedule C business; Fuel Tax Credit of $641 on Form 4136 |
| TWELVE | J.L. | 1040 | 2020 | 4/15/2021 | Loss of $51,950 from Schedule C business; Fuel Tax Credit of $1,098 on Form 4136 |

| Count | Taxpayer | Tax Form | Tax Year | Date Filed | False Item(s) |
|---|---|---|---|---|---|
| THIRTEEN | M.O. | 1040 | 2020 | 2/26/2021 | Loss of $5,000 from Schedule C business; Fuel Tax Credit of $439 on Form 4136 |

In violation of 26 U.S.C. § 7206(2).

A TRUE BILL,

███████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Ranganath Manthripragada
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

# UNITED STATES DISTRICT COURT
### Middle District of Florida
### Orlando Division

## THE UNITED STATES OF AMERICA

vs.

## MARC ARTHUR ELIASSAINT

## INDICTMENT

Violation:   26 U.S.C. § 7206(1)
              26 U.S.C. § 7206(2)



Foreperson

Filed in open court this 12th day

of April, 2023.

_____
Clerk

Bail   $_____